U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 1 1 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LEWIS WAYNE GYLES, <br> PLAINTIFF-APPELLANT | CIVIL ACTION NO. 5:10-01768 |
| VERSUS | DISTRICT JUDGE FOOTE |
| MICHAEL J. ASTRUE, COMMISSIONER, <br> UNITED STATES SOCIAL SECURITY <br> ADMINISTRATION, <br> DEFENDANT-APPELLEE | MAGISTRATE JUDGE HAYES |

## JOINT STIPULATED ORDER FOR EAJA FEE

On this day Lewis Wayne Gyles's application for approval of an attorney fee under the Equal Access to Justice Act ("EAJA") came before the court for consideration. The parties have stipulated to the amount to be awarded by the Court. After considering the application and stipulation, the plaintiff-appellant's request is **GRANTED**, and a fee is hereby awarded in the amount of **$2,674.50**, made payable to Lewis Wayne Gyles in care of his attorney of record, John G. Ratcliff, with the understanding that if he is actually paid the EAJA fee and an award is made of attorney fees pursuant to 42 U.S.C. § 406(b), he will pay to Mr. Gyles an amount equal to the smaller of the two fees.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 11th day of Oct, 2012.

_____
DISTRICT JUDGE

Approved as to form:

s/ *John G. Ratcliff*
JOHN G. RATCLIFF
RATCLIFF & GREER
ATTORNEY FOR LEWIS GYLES

s/ *John A. Broadwell*
JOHN A. BROADWELL, ASSISTANT
UNITED STATES ATTORNEY
ATTORNEY FOR THE COMMISSIONER